LAWRENCE MORGAN v. STATE.

No. A-885.   Opinion Filed November 11, 1911.

Appeal from Ottawa County Court; W. Y. Quigley, Judge.

Lawrence Morgan was convicted of a violation of the prohibition law and appeals.   Appeal dismissed.

O. F. Mason, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error, Lawrence Morgan, was convicted in the county court of Ottawa county for a violation of the prohibition law and was, on July 11th, 1910, sentenced to serve a term of six months in the county jail and to pay a fine of five hundred dollars.   The Attorney General has filed a motion to dismiss the appeal for the following reason:   "Because notice of appeal was not served on the county attorney as required by sec. 6949, Snyder's Stat.   Wherefore the Attorney General says that this court is without jurisdiction in this case, except to dismiss the appeal."   There is nothing in the record which shows that notice of appeal in this case was served upon the prosecuting attorney.   The statute is mandatory and jurisdictional. In the absence of such notice this court acquires no jurisdiction to entertain the appeal.   The appeal is therefore dismissed.

---

FRANK AND ANNA MABERRY v. STATE.

No. A-871.   Opinion Filed November 11, 1911.

Appeal from District Court, Custer County; James R. Tolbert, Judge.

W. J. Lackey, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the state.

PER CURIAM.   The Attorney General has filed a motion to dismiss the appeal for the reason that the Criminal Court of Appeals has no jurisdiction of the subject-matter of the action, neither of the plaintiffs was arrested in the case, and only seek to have their goods restored or receive pay for the same with costs, etc.   The case being a civil action.   For this reason the motion to dismiss is sustained.